UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| MARK S. HUBBARD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:08CV1505 HEA |
| STEVE LARKINS, | ) | |
| Defendant. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the referral of this matter to United States Magistrate Judge Frederick R. Buckles is rescinded.

Dated this 17th day of July, 2009.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE